```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 21936
  THOMAS MARTIN COX
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
        Debtor
  SSN XXX-XX-3536


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/02/05 and confirmed on 07/22/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  11100.00 .

    4.  The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
DYCK O NEAL INC          SECURED                 .00           .00            .00
COUNTRYWIDE FUNDING      CURRENT MORTG           .00           .00            .00
ONYX ACCEPTANCE          SECURED              821.64         21.99         821.64
FIA CARD SERVICES        UNSECURED         NOT FILED           .00            .00
ECAST SETTLEMENT CORPORA UNSECURED           5257.72           .00         718.88
ECAST SETTLEMENT CORPORA UNSECURED           8837.17           .00        1208.30
PORTFOLIO RECOVERY ASSOC UNSECURED          11631.00           .00        1590.30
ECAST SETTLEMENT CORPORA UNSECURED           8048.78           .00        1100.50
HSBC CARD SERVICES       UNSECURED          12893.50           .00        1762.92
ECAST SETTLEMENT CORPORA UNSECURED           8788.32           .00        1201.62
            Summary of disbursements:
--------------------------------------------------------------------------
                   SECURED    PRIORITY   UNSECURED      OTHER       TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED  821.64        .00    55456.49         .00    56278.13
PRINCIPAL PAID      821.64        .00     7582.52         .00     8404.16
INTEREST PAID        21.99        .00         .00         .00        21.99
TOTAL PAID          843.63        .00     7582.52         .00     8426.15
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $  2200.00
and was paid $   2200.00 .

The Trustee received $    473.85 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 10/08/08                    /s/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE
```

```
                        PAGE  2
       CASE NO. 05 B 21936 THOMAS MARTIN COX
```